SO ORDERED: May 3, 2022.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S004006C (rev 08/2019)

In re:

**Robert Lewis Klein**,
**Anita Faye Klein**,
        Debtors.

Case No. **17–07548–RLM–13**

## ORDER OF NO DISCHARGE

The Court, after reviewing this case, finds that the debtors are ineligible for a discharge because the debtors failed to comply with S.D.Ind. B–4004–1(b) concerning chapter 13 discharges.

**IT IS ORDERED** that once all matters have been resolved, this case be closed without a discharge pursuant to S.D.Ind. B–4004–1(d).

To obtain relief from this order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Documents required by S.D.Ind. B–4004–1(b) must be filed with the motion, or the motion will be denied. This case may close as early as **14 days** after entry of this order.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

The Clerk's Office will distribute this order.

###