# Notice Recipients

District/Off: 0756−1 User: admin Date Created: 5/3/2022
Case: 17−07548−RLM−13 Form ID: s004006C Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Ann M. DeLaney | ECFdelaney@trustee13.com |
| aty | James G. Lauck | jgl@kgrlaw.com |
| aty | Richard Wayne Greeson | wgreeson@greesonlaw.com |
| aty | Richard Wayne Greeson2 | wgreeson@greesonlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Robert Lewis Klein | 243 N. Co Rd 325 East    Connersville, IN 47331 |
| jdb | Anita Faye Klein | 243 N. Co Rd 325 East    Connersville, IN 47331 |
| cr | Toyota Motor Credit Corporation | c/o John J. Petr    111 Monument Circle, Suite 900    Indianapolis, IN 46204 |
| 14561505 | Advanced Call Center Technologies, LLC | P. O. Box 9091    Johnson City, TN 37615−9091 |
| 14561506 | Atlantic Credit and Finance, Inc. | P.O. Box 13386    Roanoke, VA 24033 |
| 14597812 | CREDIT FIRST N A | PO BOX 818011    CLEVELAND OH 44181 8011 |
| 14561507 | Capital One | Attn: Bankruptcy    Po Box 30253    Salt Lake City, UT 84130 |
| 14561508 | Citibank Client Services | 100 Citibank Drive    San Antonio, TX 78245 |
| 14561509 | Credit First National Assoc | Attn: BK Credit Operations    Po Box 81315    Cleveland, OH 44181 |
| 14561510 | Fayette Regional Health System | Attn: Bankruptcy    1941 Virginia Avenue    Connersville, IN 47331 |
| 14561511 | Finance Systems Of Ric | 5703 National Road East    Po Box 786    Richmond, IN 47375 |
| 14561503 | Indiana Department of Revenue | Bankruptcy Section MS108    100 North Senate Ave. Rm N240    Indianapolis, IN 46204 |
| 14561504 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| 14561512 | Midland Funding LLC | P.O. Box 2011    Warren, MI 48090 |
| 14561513 | Mike Klein | 1810 Bengal Place    Lafayette, IN 47909 |
| 14561514 | Northwest Radiology Network | 13587 Collections Center Drive    Chicago, IL 60693 |
| 14561515 | ONCOAS11 | P.O. Box 1280    Oaks, PA 19456−1280 |
| 14562339 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 14561516 | Palladium Item | 1175 North A Street    Richmond, IN 47374 |
| 14561517 | Perfect Circle Credit | 631 E. Main Street    Hagerstown, IN 47346 |
| 14561518 | Portfolio Recovery | Po Box 41067    Norfolk, VA 23541 |
| 14580213 | Portfolio Recovery Associates, LLC | POB 12914    Norfolk VA 23541 |
| 14561519 | Reid Health Physician Associates | Attn: Bankruptcy    1100 Reid Parkway    Richmond, IN 47374−1157 |
| 14561520 | Reid Hospital | 1100 Reid Parkway    Richmond, IN 47374−1157 |
| 14561521 | Richmond Cardiology Associate | Suite 210    1100 Reid Parkway    Richmond, IN 47374−1157 |
| 14561522 | Richmond Radiologists, Inc. | 35 South 8th Street    Richmond, IN 47374 |
| 14561523 | Synchrony Bank/ JC Penneys | Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896 |
| 14561524 | Toyota Financial Services | Toyota Financial Services    Po Box 8026    Cedar Rapids, IA 52409 |
| 14634889 | Toyota Motor Credit Corporation | PO Box 9013    Addison, Texas 75001 |
| 14576209 | U.S. Bank National Association | c/o U.S. Bank Home Mortgage,    a division of U.S. Bank NA    4801 Frederica Street    Owensboro, Kentucky 42301 |
| 14561525 | University Dermatology Center & Skin | Cancer Institute    2525 E. University Ave., Suite 402    Muncie, IN 47303 |
| 14561526 | Whitewater Eye Center | Eye Center of Richmond    P.O. Box 399    Richmond, IN 47375−0399 |
| 14561527 | Whitewater Valley Imaging Center | PO Box 779    Connersville, IN 47331 |

TOTAL: 33